**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 12-0038 (ESH)** |
| | ) | |
| **CARMELITA HINES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

In a hearing before Magistrate Judge Kay on February 28, 2012, defendant Carmelita Hines entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

  /s/  
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 14, 2012